IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  ) CR 105-041<br>)<br>RONNIE LEE DOUGLAS, JR. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED**\* as the opinion of the Court. Therefore, the motion to dismiss is **DENIED**.

SO ORDERED this 12th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

\* Except that I would have used the archaic form, "duplicious".