IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL ACTION NO. 105-41 |
| RONNIE LEE DOUGLAS, JR. | * | |

### ORDER

IT IS HEREBY ORDERED that due to the oversized nature of several exhibits submitted by the Government during the jury trial in the above captioned case, the below listed exhibits are to be returned to counsel for the United States of America for safekeeping, or production in the Court of Appeals, if necessary.

SO ORDERED this 20th day of October, 2005.

DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT

Government's Exhibits

1 (Red baseball hat)
2 (Black jacket)
3 a-i (9 pairs of pants)
18g (Large photo)
29a (large map with stick pins)
39 (DNA tube containing swab & samples)